**Opinion issued March 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00912-CV

_____

## IN RE MATAGORDA COUNTY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Matagorda County, has filed a petition for writ of mandamus challenging the trial court's denial of the county's motion to transfer venue from Galveston County to Matagorda County.[1] We deny the petition and lift the stay imposed by our October 18, 2018 order.

---

[1] The underlying case is *Kevin B. Davis v. Matagorda County*, cause number 18-CV-0678, pending in the 122nd District Court of Galveston County, Texas, the Honorable John C. Ellisor presiding.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.